2jgmtbk (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Crystal Denise Burgin−Woods<br>    Debtor(s) | ) <br> ) Case No.: 15−41769−drd7 <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without a trial or hearing.

IT IS ORDERED AND ADJUDGED: On April 21, 2014, in the United States District Court for the Western District of Missouri, the Honorable Gary A. Fenner sentenced defendant Burgin−Woods to five years probation, and restitution in the amount of $188,665.00. (Doc. 129, Case No. 12−00372−01−CR−W−GAF). The judgment provides that restitution is immediately due and owing. The automatic bankruptcy stay does not apply to the United States of America with regard to its enforcement of the United States District Courts criminal restitution judgment entered against debtor in her criminal case; and, the United States may enforce criminal restitution orders against all property, including property of the bankruptcy estate.



PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk

Date of issuance: 8/10/15

Court to serve